■ KERRY BENNETT, Respondent, v JEFFREY PAUL, Appellant. [992 NYS2d 661]—Appeal from an amended order of the Supreme Court, Onondaga County (Charles C. Merrell, J.), entered January 2, 2014. The amended order denied the motion of defendant for summary judgment dismissing the complaint.

It is hereby ordered that the amended order so appealed from is unanimously affirmed without costs for reasons stated in the amended decision at Supreme Court. Present—Scudder, P.J., Centra, Carni, Lindley and Whalen, JJ.